REDACTED

FILED

18 AUG 21 PM 5:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>[redacted] (1),<br>BEATRIZ CRISTINA BARREIRO QUINONEZ (2),<br>aka "Cristina Beatriz Barreiro Quinonez,"<br>aka "La Negra," aka "Guerrera,"<br>aka "Emiliana," aka "Morena,"<br>SERGIO FERNANDO CIFUENTES SAGASTUME (3),<br>aka "Gordo,"<br>JHON FERNEY RODRIGUEZ SANCHEZ (4),<br>aka "Vacancito," aka "Ferney,"<br>aka "La F,"<br>WILLIAM FERNANDO PEREA RIOS (5),<br>aka "Winny,"<br>[redacted] (6),<br>ALAN ENRIQUE LANDAZURI BECERRA (7),<br>aka "Negro," aka "Pri,"<br>JUAN CARLOS PRADO ROMERO (8),<br>aka "Mono,"<br>VICTOR ALFONSO MINOTTA ESTUPINAN (9),<br>aka "Batman,"<br>[redacted] (10), | Case No. 17CR1465-CAB<br><br>I N D I C T M E N T<br>(7th Superseding)<br><br>Title 46, U.S.C., Secs. 70503 and 70506(b) - Conspiracy to Possess With Intent to Distribute Cocaine on Board a Vessel; Title 21, U.S.C., Secs. 959, 960 and 963 - International Conspiracy to Distribute Controlled Substances; Title 46, U.S.C., Sec. 70507, and Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

JPJO:ADF:nlv:San Diego
8/21/18

MANUEL KIDERLEN
CIFUENTES GUERRERO (11),
aka "Mina," aka "James,"
MARCEN GARCES VALENCIA (12),
aka "Jasmin,"
[redacted] (13),
OSCAR OROBIO GUERRERO (14),
aka "Tocayo," aka "Toca,"
aka "Nairo," aka "Samurai,"
[redacted] (15),
[redacted]
VICTOR ANTONIO
ESTUPINAN MICOLTA (16),
aka "Floti," aka "Fruta,"
aka "Camo," aka "Cosas Reales,"
JHON KENER OROBIO GUERRERO (17),
aka "Wifi," aka "Malo,"
FRANCISCO ANTONIO NUNEZ PENA (18),
aka "Pacho,"
[redacted] (19),
[redacted]
JULIAN ROVIS VALDERRAMA (20),
aka "Juli," aka "Poni,"
ALEXANDER GUAQUETA LONDONO (21),
ANDRES FELIPE PINEDA GUERRERO (22),
LIGIO GIRALDO
BELALCAZAR PORTILLA (23),
aka "Wilson," aka "Gato Negro,"
aka "Edison Javier Molina Velez,"
aka "Mocho,"
[redacted] (24),
[redacted] (25),
[redacted]
CARLOS ARANGO GONZALEZ (26),
aka "Naufrago," aka "Mustang,"
aka "Chimuelito," aka "Tigre,"
aka "Santrich,"

Defendants.

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including June 2018, defendants [redacted] BEATRIZ CRISTINA BARREIRO QUINONEZ, aka "Cristina Beatriz Barreiro Quinonez," aka "La Negra," aka "Guerrera," aka "Emiliana," aka "Morena," SERGIO FERNANDO CIFUENTES SAGASTUME, aka "Gordo," JHON FERNEY RODRIGUEZ SANCHEZ, aka "Vacancito," aka "Ferney," aka "La F," WILLIAM FERNANDO PEREA RIOS, aka "Winny," [redacted] ALAN ENRIQUE LANDAZURI BECERRA, aka "Negro," aka "Pri," JUAN CARLOS PRADO ROMERO, aka "Mono," VICTOR ALFONSO MINOTTA ESTUPINAN, aka "Batman," [redacted] MANUEL KIDERLEN CIFUENTES GUERRERO, aka "Mina," aka "James," MARCEN GARCES VALENCIA, aka "Jasmin," [redacted] OSCAR OROBIO GUERRERO, aka "Tocayo," aka "Toca," aka "Nairo," aka "Samurai," [redacted] VICTOR ANTONIO ESTUPINAN MICOLTA, aka "Floti," aka "Fruta," aka "Camo," aka "Cosas Reales," JHON KENER OROBIO GUERRERO, aka "Wifi," aka "Malo," FRANCISCO ANTONIO NUNEZ PENA, aka "Pacho," [redacted] JULIAN ROVIS VALDERRAMA, aka "Juli," aka "Poni," ALEXANDER GUAQUETA LONDONO, ANDRES FELIPE PINEDA GUERRERO, LIGIO GIRALDO BELALCAZAR PORTILLA, aka "Wilson," aka "Gato Negro," aka "Edison Javier Molina Velez," aka "Mocho," [redacted] and CARLOS ARANGO GONZALEZ, aka "Naufrago," aka "Mustang," aka "Chimuelito," aka "Tigre," aka "Santrich," on board a

vessel subject to the jurisdiction of the United States, while on the high seas, did knowingly and intentionally conspire with each other and other persons known and unknown to the grand jury to possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 46, United States Code, Sections 70503 and 70506(b).

<u>Count 2</u>

Beginning at a date unknown to the grand jury and continuing up to and including June 2018, in the countries of Colombia, Guatemala, Mexico and elsewhere, defendants JHON FERNEY RODRIGUEZ SANCHEZ, aka "Vacancito," aka "Ferney," aka "La F," WILLIAM FERNANDO PEREA RIOS, aka "Winny," [redacted] ALAN ENRIQUE LANDAZURI BECERRA, aka "Negro," aka "Pri," JUAN CARLOS PRADO ROMERO," aka "Mono," VICTOR ALFONSO MINOTTA ESTUPINAN, aka "Batman," [redacted] MANUEL KIDERLEN CIFUENTES GUERRERO, aka "Mina," aka "James," MARCEN GARCES VALENCIA, aka "Jasmin," [redacted] OSCAR OROBIO GUERRERO, aka "Tocayo," aka "Toca," aka "Nairo," aka "Samurai," [redacted] VICTOR ANTONIO ESTUPINAN MICOLTA, aka "Floti," aka "Fruta," aka "Camo," aka "Cosas Reales," JHON KENER OROBIO GUERRERO, aka "Wifi," aka "Malo," FRANCISCO ANTONIO NUNEZ PENA, aka "Pacho," [redacted] JULIAN ROVIS VALDERRAMA, "Juli," aka "Poni," ALEXANDER GUAQUETA LONDONO, ANDRES FELIPE PINEDA GUERRERO, LIGIO GIRALDO BELALCAZAR PORTILLA, aka "Wilson," aka "Gato Negro," aka "Edison Javier Molina Velez," aka "Mocho," [redacted]

[redacted] and CARLOS ARANGO GONZALEZ, aka "Naufrago," aka "Mustang," aka "Chimuelito," aka "Tigre," aka "Santrich," who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing, and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

Criminal Forfeiture Allegations

The allegations contained in Counts 1 and 2 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853 and Title 46, United States Code, Section 70507.

As a result of the commission of the offense alleged in Count 1 of this Indictment, and pursuant to Title 46, United States Code, Section 70507(a), defendants [redacted] BEATRIZ CRISTINA BARREIRO QUINONEZ, aka "Cristina Beatriz Barreiro Quinonez," aka "La Negra," aka "Guerrera," aka "Emiliana," aka "Morena," SERGIO FERNANDO CIFUENTES SAGASTUME, aka "Gordo," JHON FERNEY RODRIGUEZ SANCHEZ, aka "Vacancito," aka "Ferney," aka "La F," WILLIAM FERNANDO PEREA RIOS, aka "Winny," [redacted] ALAN ENRIQUE LANDAZURI BECERRA, aka "Negro," aka "Pri," JUAN CARLOS PRADO ROMERO, aka "Mono," VICTOR ALFONSO MINOTTA ESTUPINAN, aka "Batman," [redacted]

[redacted] MANUEL KIDERLEN CIFUENTES GUERRERO, aka "Mina," aka "James," MARCEN GARCES VALENCIA, aka "Jasmin," [redacted] OSCAR OROBIO GUERRERO, aka "Tocayo," aka "Toca," aka "Nairo," aka "Samurai," [redacted] VICTOR ANTONIO ESTUPINAN MICOLTA, aka "Floti," aka "Fruta," aka "Camo," aka "Cosas Reales," JHON KENER OROBIO GUERRERO, aka "Wifi," aka "Malo," FRANCISCO ANTONIO NUNEZ PENA, aka "Pacho," [redacted] JULIAN ROVIS VALDERRAMA, aka "Juli," aka "Poni," ALEXANDER GUAQUETA LONDONO, ANDRES FELIPE PINEDA GUERRERO, LIGIO GIRALDO BELALCAZAR PORTILLA, aka "Wilson," aka "Gato Negro," aka "Edison Javier Molina Velez," aka "Mocho," [redacted] and CARLOS ARANGO GONZALEZ, aka "Naufrago," aka "Mustang," aka "Chimuelito," aka "Tigre," aka "Santrich," shall forfeit to the United States any property used or intended to be used to commit or to facilitate the commission of the violation.

As a result of the commission of the felony offense alleged in Count 2 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JHON FERNEY RODRIGUEZ SANCHEZ, aka "Vacancito," aka "Ferney," aka "La F," WILLIAM FERNANDO PEREA RIOS, aka "Winny," [redacted] ALAN ENRIQUE LANDAZURI BECERRA, aka "Negro," aka "Pri," JUAN CARLOS PRADO ROMERO, aka "Mono," VICTOR ALFONSO MINOTTA ESTUPINAN, aka "Batman," [redacted] MANUEL KIDERLEN CIFUENTES GUERRERO, aka "Mina," aka "James," MARCEN GARCES VALENCIA, aka "Jasmin,"

[redacted] OSCAR OROBIO GUERRERO, aka "Tocayo," aka "Toca," aka "Nairo," aka "Samurai," [redacted] VICTOR ANTONIO ESTUPINAN MICOLTA, aka "Floti," aka "Fruta," aka "Camo," aka "Cosas Reales," JHON KENER OROBIO GUERRERO, aka "Wifi," aka "Malo," FRANCISCO ANTONIO NUNEZ PENA, aka "Pacho," [redacted] JULIAN ROVIS VALDERRAMA, aka "Juli," aka "Poni," ALEXANDER GUAQUETA LONDONO, ANDRES FELIPE PINEDA GUERRERO, LIGIO GIRALDO BELALCAZAR PORTILLA, aka "Wilson," aka "Gato Negro," aka "Edison Javier Molina Velez," aka "Mocho," [redacted] and CARLOS ARANGO GONZALEZ, aka "Naufrago," aka "Mustang," aka "Chimuelito," aka "Tigre," aka "Santrich," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 46, United States Code, Section 70507, and Title 21, United States Code, Section 853.

DATED: August 21, 2018.

A TRUE BILL:

Foreperson

ADAM L. BRAVERMAN
United States Attorney

By:
JOSHUA P. JONES
Assistant U.S. Attorney

I hereby attest and certify on 8/22/18
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _______________ Deputy